MR

RECEIVED

FEB 0 3 2017 EW
2-3-17
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JOHN W. HILTON III #20160923071

(Enter above the full name of the plaintiff or plaintiffs in this action)

vs.

Case No: ____________________
(To be supplied by the Clerk of this Court)

CHICAGO POLICE DEPARTMENT

JOHN DOE OFFICER #1

JOHN DOE OFFICER #2

JOHN DOE OFFICER #3

1:17-cv-00947
Judge Virginia M. Kendall
Magistrate Judge Young B. Kim
PC7

(Enter above the full name of ALL defendants in this action. Do not use "et al.")

**CHECK ONE ONLY:**

✓ **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

____ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

____ **OTHER** (cite statute, if known)

***BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.***

**I. Plaintiff(s):**

A. Name: JOHN W. HILTON III

B. List all aliases: N/A

C. Prisoner identification number: 20160923071

D. Place of present confinement: COOK COUNTY JAIL

E. Address: 2600. S. CALIFORNIA AVE, CHICAGO, IL 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

**II. Defendant(s):**

(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A. Defendant: CHICAGO POLICE DEPARTMENT

Title: CHICAGO POLICE DEPARTMENT

Place of Employment: CHICAGO POLICE DEPARTMENT

B. Defendant: JOHN DOE OFFICER #1

Title: CHICAGO POLICE OFFICER

Place of Employment: CHICAGO POLICE DEPARTMENT

C. Defendant: JOHN DOE OFFICER #2

Title: CHICAGO POLICE OFFICER

Place of Employment: CHICAGO POLICE DEPARTMENT

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

II. DEFENDANT(S):

D. DEFENDANT: JOHN DOE OFFICER #3

TITLE: CHICAGO POLICE OFFICER

PLACE OF EMPLOYMENT: CHICAGO POLICE DEPARTMENT

**III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: N/A

B. Approximate date of filing lawsuit: N/A

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: N/A

D. List all defendants: N/A

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): N/A

F. Name of judge to whom case was assigned: N/A

G. Basic claim made: N/A

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): N/A

I. Approximate date of disposition: N/A

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

**IV. Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

ON SEPTEMBER 22ND, 2016 AT 7.00 AM CHICAGO POLICE OFFICERS CAME TO MY HOME 746 S. KARLOV WITH AN ARREST WARRANT FOR MY ARREST. FALSELY CLAIMING THAT ON AUGUST 26TH 2016 AT 8:27 AM I SOLD AN UNDERCOVER OFFICER HEROIN AROUND THE LOCATION OF KARLOV & POLK AT 8:27 AM ON THAT DAY (AUG. 26TH, 2016 8:27 AM) I CAME HOME FROM MY JOB AT THE CHICAGO TRANSIT AUTHORITY AT 5:50 AM TOOK A SHOWER AND WENT TO BED, AS I DO ON MY WORKDAYS MON-FRIDAY 8pm-4:30 AM. AND MY WORK SCHEDULE WILL SHOW THIS. MY MOTHER BOBBIE HILTON AND MY SISTER TONETTE MORRIS CAN ALSO ATTEST TO BECAUSE THEY STAY AT THE RESIDENCE 746 S. KARLOV, CHICAGO, IL 60624 WITH ME. I WORKED AT THE CTA UNTIL THE DAY I WAS FALSELY ARRESTED ON SEPTEMBER 22ND 2016. THE OFFICERS HAVE NO VIDEO/AUDIO SURVEILLANCE OF THE ACTUAL PERSON THAT SOLD THE DRUGS TO THIS OFFICER ON AUG. 26TH, 2016 AT 8:27 AM. THEY ALSO HAVE THE WRONG DESCRIPTION OF MY CAR, THE OFFICERS SAID THE PERSON WALKED TO A WHITE OLDSMOBILE

LICENSE PLATE #2407872. I DRIVE A BLUE OLDSMOBILE LICENSE PLATE # 2407872. THE OFFICER GAVE FALSE TESTIMONY THAT I GAVE HIM MY WALLET AND THAT IS HOW HE IDENTIFIED ME AS A CO DEFENDANT. BECAUSE I WALKED HIM FOR 5-6 BLOCKS OVER THE PULASKI BLUE LINE BRIDGE AND PROCEEDED TO THE KARLOV; POLK LOCATION WHERE THE DRUG TRANSACTION TOOK PLACE WITH MY CO-DEFENDANT ON THIS CHARGE (D'ANGELO [redacted] LANGSTON). I SUPPOSEDLY GAVE MR. LANGSTON THE MARKED MONEY AND MR. LANGSTON SUPPOSEDLY GAVE THE UNDERCOVER OFFICER THE DRUGS. AND THAT IS WHEN I SUPPOSEDLY GOT INTO THE "WHITE" OLDSMOBILE AND DROVE AWAY. THERE IS NO OTHER INFORMATION AVAILABLE OTHER THAN THE CASE # 16 CR 1581101 THAT I'M BEING HELD HERE AT THE COOK COUNTY JAIL ON FOR THIS FALSE ARREST.

**V. Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I WOULD LIKE MONETARY COMPENSATION FOR THE FALSE ARREST, WRONGFUL INCARCERATION, MENTAL ANGUISH AND PAIN AND SUFFERING AS A RESULT OF MY FALSE ARREST. AND TO BE COMPENSATED (MONETARY) FOR LOSS OF WAGES AND MALICIOUS PROSECUTION

VI. The plaintiff demands that the case be tried by a jury. ☑ YES ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 25th day of Jan, 2017

John W. Hilton III

(Signature of plaintiff or plaintiffs)

JOHN W. HILTON III

(Print name)

20160923071

(I.D. Number)

2600 S. CALIFORNIA AVE

CHICAGO, IL 60608

(Address)

**Chicago Transit Authority**
**Employee Activities**

From Date: 08-01-2016
To Date: 08-31-2016
Employee: Hilton, John W.
Agency: Bus Maintenance Servicers
Divisions: North Park - Bus Maint Serv.
Employee Types: Full-Time, Full-Time Temporary, Part-Time Temporary
Employee Status Types: Active

| Name | Badge | Seniority | Date | Division | Work Name | Piece Num | Sign On | From Time | To Time | Sign Off | Work Time | Platform Time | Report Time | Start Wait | Start Travel | End Wait | End Travel | Clear Time | Drive Time |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Hilton, John W. | 57901 | 0 | 08-01-2016 | North Park - Bus Maint Serv. | BMSAPP 453 | 1 | 20:00 | 20:00 | 28:30 | 28:30 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 8h30 |
| | | | 08-01-2016 | | 12019 | | | 20:00 | 24:00 | | 4h00 | | 0 | 0 | 0 | 0 | 0 | 0 | |
| | | | 08-01-2016 | | 99999 | | | 24:00 | 24:30 | | 30 | | 0 | 0 | 0 | 0 | 0 | 0 | |
| | | | 08-01-2016 | | 12019 | | | 24:30 | 28:30 | | 4h00 | | 0 | 0 | 0 | 0 | 0 | 0 | |
| | | | 08-02-2016 | North Park - Bus Maint Serv. | BMSAPP 453 | 1 | 20:00 | 20:00 | 28:30 | 28:30 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 8h30 |
| | | | 08-02-2016 | | 12019 | | | 20:00 | 24:00 | | 4h00 | | 0 | 0 | 0 | 0 | 0 | 0 | |
| | | | 08-02-2016 | | 99999 | | | 24:00 | 24:30 | | 30 | | 0 | 0 | 0 | 0 | 0 | 0 | |
| | | | 08-02-2016 | | 12019 | | | 24:30 | 28:30 | | 4h00 | | 0 | 0 | 0 | 0 | 0 | 0 | |
| | | | 08-03-2016 | North Park - Bus Maint Serv. | BMSAPP 453 | 1 | 20:00 | 20:00 | 28:30 | 28:30 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 8h30 |
| | | | 08-03-2016 | | 12019 | | | 20:00 | 24:00 | | 4h00 | | 0 | 0 | 0 | 0 | 0 | 0 | |
| | | | 08-03-2016 | | 99999 | | | 24:00 | 24:30 | | 30 | | 0 | 0 | 0 | 0 | 0 | 0 | |
| | | | 08-03-2016 | | 12019 | | | 24:30 | 28:30 | | 4h00 | | 0 | 0 | 0 | 0 | 0 | 0 | |
| | | | 08-04-2016 | North Park - Bus Maint Serv. | BMSAPP 453 | 1 | 20:00 | 20:00 | 28:30 | 28:30 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 8h30 |
| | | | 08-04-2016 | | 12019 | | | 20:00 | 24:00 | | 4h00 | | 0 | 0 | 0 | 0 | 0 | 0 | |
| | | | 08-04-2016 | | 99999 | | | 24:00 | 24:30 | | 30 | | 0 | 0 | 0 | 0 | 0 | 0 | |
| | | | 08-04-2016 | | 12019 | | | 24:30 | 28:30 | | 4h00 | | 0 | 0 | 0 | 0 | 0 | 0 | |
| | | | 08-05-2016 | North Park - Bus Maint Serv. | BMSAPP 453 | 1 | 20:00 | 20:00 | 28:30 | 28:30 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 8h30 |
| | | | 08-05-2016 | | 12019 | | | 20:00 | 24:00 | | 4h00 | | 0 | 0 | 0 | 0 | 0 | 0 | |
| | | | 08-05-2016 | | 99999 | | | 24:00 | 24:30 | | 30 | | 0 | 0 | 0 | 0 | 0 | 0 | |
| | | | 08-05-2016 | | 12019 | | | 24:30 | 28:30 | | 4h00 | | 0 | 0 | 0 | 0 | 0 | 0 | |



Printed by, RStanis... on 9/30/2016 @ 12:18:13PM

cta

**Chicago Transit Authority**
**Employee Activities**

| Name | Badge | Seniority | Date | Division | Work Name | Piece Num | Sign On | From Time | To Time | Sign Off | Work Time | Platform Time | Report Time | Start Wait | Start Travel | End Wait | End Travel | Clear Time | Drive Time |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Hilton, John W. | 57901 | 0 | 08-06-2016 | North Park - Bus Maint Serv. | Dayoff | | | | | | | | 0 | 0 | 0 | 0 | 0 | 0 | |
| | | | 08-07-2016 | North Park - Bus Maint Serv. | Dayoff | | | | | | | | 0 | 0 | 0 | 0 | 0 | 0 | |
| | | | 08-08-2016 | North Park - Bus Maint Serv. | BMSAPP 453 | 1 | 20:00 | 20:00 | 28:30 | 28:30 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 8h30 |
| | | | 08-08-2016 | | 12019 | | | 20:00 | 24:00 | | 4h00 | | 0 | 0 | 0 | 0 | 0 | 0 | |
| | | | 08-08-2016 | | 99999 | | | 24:00 | 24:30 | | 30 | | 0 | 0 | 0 | 0 | 0 | 0 | |
| | | | 08-08-2016 | | 12019 | | | 24:30 | 28:30 | | 4h00 | | 0 | 0 | 0 | 0 | 0 | 0 | |
| | | | 08-09-2016 | North Park - Bus Maint Serv. | BMSAPP 453 | 1 | 20:00 | 20:00 | 28:30 | 28:30 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 8h30 |
| | | | 08-09-2016 | | 12019 | | | 20:00 | 24:00 | | 4h00 | | 0 | 0 | 0 | 0 | 0 | 0 | |
| | | | 08-09-2016 | | 99999 | | | 24:00 | 24:30 | | 30 | | 0 | 0 | 0 | 0 | 0 | 0 | |
| | | | 08-09-2016 | | 12019 | | | 24:30 | 28:30 | | 4h00 | | 0 | 0 | 0 | 0 | 0 | 0 | |
| | | | 08-10-2016 | North Park - Bus Maint Serv. | BMSAPP 453 | 1 | 20:00 | 20:00 | 28:30 | 28:30 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 8h30 |
| | | | 08-10-2016 | | 12019 | | | 20:00 | 24:00 | | 4h00 | | 0 | 0 | 0 | 0 | 0 | 0 | |
| | | | 08-10-2016 | | 99999 | | | 24:00 | 24:30 | | 30 | | 0 | 0 | 0 | 0 | 0 | 0 | |
| | | | 08-10-2016 | | 12019 | | | 24:30 | 28:30 | | 4h00 | | 0 | 0 | 0 | 0 | 0 | 0 | |
| | | | 08-11-2016 | North Park - Bus Maint Serv. | BMSAPP 453 | 1 | 20:00 | 20:00 | 28:30 | 28:30 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 8h30 |
| | | | 08-11-2016 | | 12019 | | | 20:00 | 24:00 | | 4h00 | | 0 | 0 | 0 | 0 | 0 | 0 | |
| | | | 08-11-2016 | | 99999 | | | 24:00 | 24:30 | | 30 | | 0 | 0 | 0 | 0 | 0 | 0 | |
| | | | 08-11-2016 | | 12019 | | | 24:30 | 28:30 | | 4h00 | | 0 | 0 | 0 | 0 | 0 | 0 | |
| | | | 08-12-2016 | North Park - Bus Maint Serv. | BMSAPP 453 | 1 | 20:00 | 20:00 | 28:30 | 28:30 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 8h30 |
| | | | 08-12-2016 | | 12019 | | | 20:00 | 24:00 | | 4h00 | | 0 | 0 | 0 | 0 | 0 | 0 | |
| | | | 08-12-2016 | | 99999 | | | 24:00 | 24:30 | | 30 | | 0 | 0 | 0 | 0 | 0 | 0 | |
| | | | 08-12-2016 | | 12019 | | | 24:30 | 28:30 | | 4h00 | | 0 | 0 | 0 | 0 | 0 | 0 | |



Printed by: RStanisz on 9/30/2016 @ 12:18:13PM

2

Chicago Transit Authority
**Employee Activities**

| Name | Badge | Seniority | Date | Division | Work Name | Piece Num | Sign On | From Time | To Time | Sign Off | Work Time | Platform Time | Report Time | Start Wait | Start Travel | End Wait | End Travel | Clear Time | Drive Time |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Hilton, John W. | 57901 | 0 | 08-13-2016 | North Park - Bus Maint Serv. | Dayoff | | | | | | | | 0 | 0 | 0 | 0 | 0 | 0 | |
| | | | 08-14-2016 | North Park - Bus Maint Serv. | Dayoff | | | | | | | | 0 | 0 | 0 | 0 | 0 | 0 | |
| | | | 08-15-2016 | North Park - Bus Maint Serv. | BMSAPP 453 | 1 | 20:00 | 20:00 | 28:30 | 28:30 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 8h30 |
| | | | 08-15-2016 | | 12019 | | | 20:00 | 24:00 | | 4h00 | | 0 | 0 | 0 | 0 | 0 | 0 | |
| | | | 08-15-2016 | | 99999 | | | 24:00 | 24:30 | | 30 | | 0 | 0 | 0 | 0 | 0 | 0 | |
| | | | 08-15-2016 | | 12019 | | | 24:30 | 28:30 | | 4h00 | | 0 | 0 | 0 | 0 | 0 | 0 | |
| | | | 08-16-2016 | North Park - Bus Maint Serv. | BMSAPP 453 | 1 | 20:00 | 20:00 | 28:30 | 28:30 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 8h30 |
| | | | 08-16-2016 | | 12019 | | | 20:00 | 24:00 | | 4h00 | | 0 | 0 | 0 | 0 | 0 | 0 | |
| | | | 08-16-2016 | | 99999 | | | 24:00 | 24:30 | | 30 | | 0 | 0 | 0 | 0 | 0 | 0 | |
| | | | 08-16-2016 | | 12019 | | | 24:30 | 28:30 | | 4h00 | | 0 | 0 | 0 | 0 | 0 | 0 | |
| | | | 08-17-2016 | North Park - Bus Maint Serv. | BMSAPP 453 | 1 | 20:00 | 20:00 | 28:30 | 28:30 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 8h30 |
| | | | 08-17-2016 | | 12019 | | | 20:00 | 24:00 | | 4h00 | | 0 | 0 | 0 | 0 | 0 | 0 | |
| | | | 08-17-2016 | | 99999 | | | 24:00 | 24:30 | | 30 | | 0 | 0 | 0 | 0 | 0 | 0 | |
| | | | 08-17-2016 | | 12019 | | | 24:30 | 28:30 | | 4h00 | | 0 | 0 | 0 | 0 | 0 | 0 | |
| | | | 08-18-2016 | North Park - Bus Maint Serv. | BMSAPP 453 | 1 | 20:00 | 20:00 | 28:30 | 28:30 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 8h30 |
| | | | 08-18-2016 | | 12019 | | | 20:00 | 24:00 | | 4h00 | | 0 | 0 | 0 | 0 | 0 | 0 | |
| | | | 08-18-2016 | | 99999 | | | 24:00 | 24:30 | | 30 | | 0 | 0 | 0 | 0 | 0 | 0 | |
| | | | 08-18-2016 | | 12019 | | | 24:30 | 28:30 | | 4h00 | | 0 | 0 | 0 | 0 | 0 | 0 | |
| | | | 08-19-2016 | North Park - Bus Maint Serv. | BMSAPP 453 | 1 | 20:00 | 20:00 | 28:30 | 28:30 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 8h30 |
| | | | 08-19-2016 | | 12019 | | | 20:00 | 24:00 | | 4h00 | | 0 | 0 | 0 | 0 | 0 | 0 | |
| | | | 08-19-2016 | | 99999 | | | 24:00 | 24:30 | | 30 | | 0 | 0 | 0 | 0 | 0 | 0 | |
| | | | 08-19-2016 | | 12019 | | | 24:30 | 28:30 | | 4h00 | | 0 | 0 | 0 | 0 | 0 | 0 | |

Printed by: RStanisz on 9/30/2016 @ 12:18:13PM



3

*Chicago Transit Authority*
**Employee Activities**

| Name | Badge | Seniority | Date | Division | Work Name | Place Num | Sign On | From Time | To Time | Sign Off | Work Time | Platform Time | Report Time | Start Wait | Start Travel | End Wait | End Travel | Clear Time | Drive Time |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Hilton, John W. | 57901 | 0 | 08-27-2016 | North Park - Bus Maint Serv. | Dayoff | | | | | | | | 0 | 0 | 0 | 0 | 0 | 0 | |
| | | | 08-28-2016 | North Park - Bus Maint Serv. | Dayoff | | | | | | | | 0 | 0 | 0 | 0 | 0 | 0 | |
| | | | 08-29-2016 | North Park - Bus Maint Serv. | BMSAPP 453 | 1 | 9:00 | 9:00 | 17:30 | 17:30 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 8h30 |
| | | | 08-29-2016 | | 12019 | | | 9:00 | 13:00 | | 4h00 | | 0 | 0 | 0 | 0 | 0 | 0 | |
| | | | 08-29-2016 | | 99999 | | | 13:00 | 13:30 | | 30 | | 0 | 0 | 0 | 0 | 0 | 0 | |
| | | | 08-29-2016 | | 12019 | | | 13:30 | 17:30 | | 4h00 | | 0 | 0 | 0 | 0 | 0 | 0 | |
| | | | 08-30-2016 | North Park - Bus Maint Serv. | BMSAPP 453 | 1 | 9:00 | 9:00 | 17:30 | 17:30 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 8h30 |
| | | | | | | | | | | | Comments: | EMPLOYEE TRANSITIONING TO DAYS PER M2 | | | | | | | |
| | | | 08-30-2016 | | 12019 | | | 9:00 | 13:00 | | 4h00 | | 0 | 0 | 0 | 0 | 0 | 0 | |
| | | | 08-30-2016 | | 99999 | | | 13:00 | 13:30 | | 30 | | 0 | 0 | 0 | 0 | 0 | 0 | |
| | | | 08-30-2016 | | 12019 | | | 13:30 | 17:30 | | 4h00 | | 0 | 0 | 0 | 0 | 0 | 0 | |
| | | | 08-31-2016 | North Park - Bus Maint Serv. | BMSAPP 453 | 1 | 9:00 | 9:00 | 17:30 | 17:30 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 8h30 |
| | | | 08-31-2016 | | 12019 | | | 9:00 | 13:00 | | 4h00 | | 0 | 0 | 0 | 0 | 0 | 0 | |
| | | | 08-31-2016 | | 99999 | | | 13:00 | 13:30 | | 30 | | 0 | 0 | 0 | 0 | 0 | 0 | |
| | | | 08-31-2016 | | 12019 | | | 13:30 | 17:30 | | 4h00 | | 0 | 0 | 0 | 0 | 0 | 0 | |



5

# Employee Labor Audit

AssetWORKS

Shop: 1172
Labor Dates From: 8/1/2016 To: 9/30/2016
Report Date: 9/30/2016

**(1172) North Park Garage**

| Work Order | Labor Date | Equipment | Task | Time Code | Indirect Flag | Hours | Location Cost |
|---|---|---|---|---|---|---|---|
| | | | | | | | Employee |
| **(57901) Hilton, John Wesley Iii** | | | | | | | |
| | 8-2-2016 | | (IND-6043) Lunch | Regular | ✔ | 0.68 | 6.80 |
| | 8-3-2016 | | (IND-6043) Lunch | Regular | ✔ | 0.72 | 7.20 |
| | 8-3-2016 | | (IND-6033) Union Time | Regular | ✔ | 0.00 | 0.00 |
| | 8-4-2016 | | (IND-6043) Lunch | Regular | ✔ | 0.55 | 5.50 |
| | 8-5-2016 | | (IND-6043) Lunch | Regular | ✔ | 0.52 | 5.20 |
| | 8-6-2016 | | (IND-6033) Union Time | Regular | ✔ | 3.93 | 39.30 |
| | 8-9-2016 | | (IND-6043) Lunch | Regular | ✔ | 0.62 | 6.20 |
| | 8-9-2016 | | (IND-5013) Clean Work Area | Regular | ✔ | 0.58 | 5.80 |
| | 8-10-2016 | | (IND-6043) Lunch | Regular | ✔ | 0.40 | 4.00 |
| | 8-10-2016 | | (IND-5013) Clean Work Area | Regular | ✔ | 0.67 | 6.70 |
| | 8-10-2016 | | (IND-5013) Clean Work Area | Regular | ✔ | 1.07 | 10.70 |
| | 8-11-2016 | | (IND-6043) Lunch | Regular | ✔ | 0.48 | 4.80 |
| | 8-12-2016 | | (IND-6043) Lunch | Regular | ✔ | 0.43 | 4.30 |
| | 8-13-2016 | | (IND-6043) Lunch | Regular | ✔ | 0.60 | 6.00 |
| | 8-15-2016 | | (IND-5013) Clean Work Area | Regular | ✔ | 1.03 | 10.30 |
| | 8-16-2016 | | (IND-6043) Lunch | Regular | ✔ | 0.53 | 5.30 |
| | 8-17-2016 | | (IND-6043) Lunch | Regular | ✔ | 0.43 | 4.30 |
| | 8-18-2016 | | (IND-6043) Lunch | Regular | ✔ | 0.32 | 3.20 |
| | 8-19-2016 | | (IND-6043) Lunch | Regular | ✔ | 0.43 | 4.30 |
| | 8-20-2016 | | (IND-5013) Clean Work Area | Regular | ✔ | 1.08 | 10.80 |
| | 8-20-2016 | | (IND-6043) Lunch | Regular | ✔ | 0.37 | 3.70 |
| | 8-20-2016 | | (IND-5013) Clean Work Area | Regular | ✔ | 0.83 | 8.30 |
| | 8-22-2016 | | (IND-5013) Clean Work Area | Regular | ✔ | 1.08 | 10.80 |
| | 8-23-2016 | | (IND-6043) Lunch | Regular | ✔ | 0.45 | 4.50 |
| | 8-24-2016 | | (IND-5013) Clean Work Area | Regular | ✔ | 0.82 | 8.20 |
| | 8-24-2016 | | (IND-6043) Lunch | Regular | ✔ | 0.35 | 3.50 |
| | 8-24-2016 | | (IND-5013) Clean Work Area | Regular | ✔ | 1.18 | 11.80 |
| | 8-25-2016 | | (IND-6043) Lunch | Regular | ✔ | 0.53 | 5.30 |
| | 8-26-2016 | | (IND-6043) Lunch | Regular | ✔ | 0.67 | 6.70 |
| | 8-27-2016 | | (IND-6043) Lunch | Regular | ✔ | 0.52 | 5.20 |
| | 8-29-2016 | | (IND-5013) Clean Work Area | Regular | ✔ | 0.25 | 2.50 |
| | 8-29-2016 | | (IND-6043) Lunch | Regular | ✔ | 0.48 | 4.80 |
| | 8-30-2016 | | (IND-5013) Clean Work Area | Regular | ✔ | 1.07 | 10.70 |
| | 8-30-2016 | | (IND-6043) Lunch | Regular | ✔ | 0.62 | 6.20 |
| | 8-30-2016 | | (IND-5013) Clean Work Area | Regular | ✔ | 4.48 | 44.80 |
| | 8-31-2016 | | (IND-5013) Clean Work Area | Regular | ✔ | 1.52 | 15.20 |
| | 8-31-2016 | | (IND-5013) Clean Work Area | Regular | ✔ | 0.58 | 5.80 |
| | 8-31-2016 | | (IND-5013) Clean Work Area | Regular | ✔ | 1.35 | 13.50 |
| | 8-31-2016 | | (IND-6043) Lunch | Regular | ✔ | 0.53 | 5.30 |
| | 8-31-2016 | | (IND-5013) Clean Work Area | Regular | ✔ | 0.68 | 6.80 |
| | 9-1-2016 | | (IND-5013) Clean Work Area | Regular | ✔ | 0.15 | 1.50 |
| | 9-1-2016 | | (IND-5013) Clean Work Area | Regular | ✔ | 0.25 | 2.50 |
| | 9-1-2016 | | (IND-6043) Lunch | Regular | ✔ | 0.67 | 6.70 |
| | 9-1-2016 | | (IND-5013) Clean Work Area | Regular | ✔ | 0.65 | 6.50 |
| | 9-2-2016 | | (IND-5013) Clean Work Area | Regular | ✔ | 0.00 | 0.00 |
| | 9-2-2016 | | (IND-5013) Clean Work Area | Regular | ✔ | 0.80 | 8.00 |
| | 9-2-2016 | | (IND-5013) Clean Work Area | Regular | ✔ | 0.88 | 8.80 |
| | 9-2-2016 | | (IND-6043) Lunch | Regular | ✔ | 0.50 | 5.00 |
| | 9-2-2016 | | (IND-5013) Clean Work Area | Regular | ✔ | 0.73 | 7.30 |
| | 9-6-2016 | | (IND-5013) Clean Work Area | Regular | ✔ | 3.05 | 30.50 |
| | 9-6-2016 | | (IND-6043) Lunch | Regular | ✔ | 0.50 | 5.00 |

*Employee 57901 continues on next page...*



©2008 AssetWorks Inc. All Rights Reserved.

## Employee Labor Audit

**(1172) North Park Garage**

| Work Order | Labor Date | Equipment | Task | Time Code | Indirect Flag | Hours | Location Cost |
|---|---|---|---|---|---|---|---|
| | | | | | | | Employee |
| **(57901) Hilton, John Wesley Iii** | | | | | | | |
| | 9-6-2016 | | (IND-5013) Clean Work Area | Regular | ✔ | 2.65 | 26.50 |
| | 9-7-2016 | | (IND-6043) Lunch | Regular | ✔ | 0.43 | 4.30 |
| | 9-8-2016 | | (IND-5013) Clean Work Area | Regular | ✔ | 16.50 | 165.00 |
| | 9-8-2016 | | (IND-5013) Clean Work Area | Regular | ✔ | 1.25 | 12.50 |
| | 9-8-2016 | | (IND-5013) Clean Work Area | Regular | ✔ | 0.00 | 0.00 |
| | 9-8-2016 | | (IND-6043) Lunch | Regular | ✔ | 0.77 | 7.70 |
| | 9-8-2016 | | (IND-5013) Clean Work Area | Regular | ✔ | 0.78 | 7.80 |
| | 9-9-2016 | | (IND-5013) Clean Work Area | Regular | ✔ | 5.83 | 58.30 |
| | 9-9-2016 | | (IND-6043) Lunch | Regular | ✔ | 0.60 | 6.00 |
| | 9-9-2016 | | (IND-5013) Clean Work Area | Regular | ✔ | 1.52 | 15.20 |
| | 9-12-2016 | | (IND-5013) Clean Work Area | Regular | ✔ | 0.03 | 0.30 |
| | 9-12-2016 | | (IND-5013) Clean Work Area | Regular | ✔ | 1.55 | 15.50 |
| | 9-12-2016 | | (IND-6043) Lunch | Regular | ✔ | 0.13 | 1.30 |
| | 9-13-2016 | | (IND-5013) Clean Work Area | Regular | ✔ | 0.23 | 2.30 |
| | 9-13-2016 | | (IND-5013) Clean Work Area | Regular | ✔ | 1.92 | 19.20 |
| | 9-13-2016 | | (IND-6043) Lunch | Regular | ✔ | 0.37 | 3.70 |
| | 9-13-2016 | | (IND-5013) Clean Work Area | Regular | ✔ | 0.98 | 9.80 |
| | 9-14-2016 | | (IND-5013) Clean Work Area | Regular | ✔ | 1.28 | 12.80 |
| | 9-14-2016 | | (IND-5013) Clean Work Area | Regular | ✔ | 1.98 | 19.80 |
| | 9-14-2016 | | (IND-6043) Lunch | Regular | ✔ | 0.65 | 6.50 |
| | 9-14-2016 | | (IND-5013) Clean Work Area | Regular | ✔ | 7.10 | 71.00 |
| | 9-16-2016 | | (IND-5013) Clean Work Area | Regular | ✔ | 0.60 | 6.00 |
| | 9-16-2016 | | (IND-6043) Lunch | Regular | ✔ | 0.28 | 2.80 |
| | 9-19-2016 | | (IND-5013) Clean Work Area | Regular | ✔ | 0.23 | 2.30 |
| | 9-19-2016 | | (IND-5013) Clean Work Area | Regular | ✔ | 1.45 | 14.50 |
| | 9-19-2016 | | (IND-6043) Lunch | Regular | ✔ | 0.40 | 4.00 |
| | 9-20-2016 | | (IND-5013) Clean Work Area | Regular | ✔ | 1.23 | 12.30 |
| | 9-20-2016 | | (IND-6043) Lunch | Regular | ✔ | 0.53 | 5.30 |
| | 9-20-2016 | | (IND-5013) Clean Work Area | Regular | ✔ | 1.98 | 19.80 |
| | 9-21-2016 | | (IND-5013) Clean Work Area | Regular | ✔ | 0.63 | 6.30 |
| | 9-21-2016 | | (IND-6043) Lunch | Regular | ✔ | 0.57 | 5.70 |
| | 9-21-2016 | | (IND-5013) Clean Work Area | Regular | ✔ | 1.45 | 14.50 |
| 1172-2016-50665 | 8-1-2016 | 1921 | (9952) General Clean | Regular | | 3.82 | 38.20 |
| 1172-2016-50768 | 8-2-2016 | 4367 | (9952) General Clean | Regular | | 3.48 | 34.80 |
| 1172-2016-51014 | 8-2-2016 | 1730 | (9952) General Clean | Regular | | 3.95 | 39.50 |
| 1172-2016-51106 | 8-3-2016 | 1774 | (9952) General Clean | Regular | | 3.37 | 33.70 |
| 1172-2016-51334 | 8-3-2016 | 1719 | (9952) General Clean | Regular | | 3.97 | 39.70 |
| 1172-2016-51438 | 8-4-2016 | 4388 | (9952) General Clean | Regular | | 3.75 | 37.50 |
| 1172-2016-51641 | 8-5-2016 | 1875 | (9952) General Clean | Regular | | 3.95 | 39.50 |
| 1172-2016-51745 | 8-5-2016 | 4347 | (9952) General Clean | Regular | | 3.53 | 35.30 |
| 1172-2016-51914 | 8-6-2016 | 1771 | (9952) General Clean | Regular | | 3.98 | 39.80 |
| 1172-2016-51975 | 8-6-2016 | 4399 | (9952) General Clean | Regular | | 0.00 | 0.00 |
| 1172-2016-52269 | 8-8-2016 | 1897 | (9952) General Clean | Regular | | 4.05 | 40.50 |
| 1172-2016-52380 | 8-9-2016 | 4067 | (9952) General Clean | Regular | | 3.17 | 31.70 |
| 1172-2016-52562 | 8-10-2016 | 1863 | (9952) General Clean | Regular | | 4.08 | 40.80 |
| 1172-2016-52650 | 8-10-2016 | 4397 | (9952) General Clean | Regular | | 3.13 | 31.30 |
| 1172-2016-52930 | 8-10-2016 | 4064 | (9952) General Clean | Regular | | 2.90 | 29.00 |
| 1172-2016-53012 | 8-11-2016 | 4366 | (9952) General Clean | Regular | | 3.50 | 35.00 |
| 1172-2016-53261 | 8-11-2016 | 4366 | (9952) General Clean | Regular | | 0.42 | 4.20 |
| 1172-2016-53293 | 8-11-2016 | 4361 | (9952) General Clean | Regular | | 3.63 | 36.30 |
| 1172-2016-53348 | 8-12-2016 | 4394 | (9952) General Clean | Regular | | 3.67 | 36.70 |
| 1172-2016-53571 | 8-12-2016 | 1393 | (9952) General Clean | Regular | | 3.90 | 39.00 |
| 1172-2016-53619 | 8-13-2016 | 4340 | (9952) General Clean | Regular | | 3.78 | 37.80 |

*Employee 57901 continues on next page...*



©2008 AssetWorks Inc. All Rights Reserved.



2

## Employee Labor Audit

**(1172) North Park Garage**

**(57901) Hilton, John Wesley Iii**

| Work Order | Labor Date | Equipment | Task | Time Code | Indirect Flag | Hours | Location Cost / Employee |
|---|---|---|---|---|---|---|---|
| 1172-2016-53968 | 8-15-2016 | 4148 | (9952) General Clean | Regular | | 2.83 | 28.30 |
| 1172-2016-54087 | 8-16-2016 | 4151 | (9952) General Clean | Regular | | 3.68 | 36.80 |
| 1172-2016-54241 | 8-17-2016 | 1788 | (9952) General Clean | Regular | | 4.08 | 40.80 |
| 1172-2016-54304 | 8-17-2016 | 1718 | (9952) General Clean | Regular | | 3.75 | 37.50 |
| 1172-2016-54517 | 8-18-2016 | 4368 | (9952) General Clean | Regular | | 4.18 | 41.80 |
| 1172-2016-54599 | 8-18-2016 | 4382 | (9952) General Clean | Regular | | 3.60 | 36.00 |
| 1172-2016-54716 | 8-18-2016 | 1862 | (9952) General Clean | Regular | | 4.15 | 41.50 |
| 1172-2016-54815 | 8-19-2016 | 4386 | (9952) General Clean | Regular | | 3.55 | 35.50 |
| 1172-2016-55200 | 8-19-2016 | 4347 | (9952) General Clean | Regular | | 2.92 | 29.20 |
| 1172-2016-55240 | 8-20-2016 | 4321 | (9952) General Clean | Regular | | 3.00 | 30.00 |
| 1172-2016-55545 | 8-22-2016 | 4337 | (9952) General Clean | Regular | | 3.02 | 30.20 |
| 1172-2016-55627 | 8-23-2016 | 1877 | (9952) General Clean | Regular | | 3.72 | 37.20 |
| 1172-2016-55842 | 8-23-2016 | 4378 | (9952) General Clean | Regular | | 3.32 | 33.20 |
| 1172-2016-55904 | 8-24-2016 | 4147 | (9952) General Clean | Regular | | 2.75 | 27.50 |
| 1172-2016-56095 | 8-25-2016 | 1400 | (9952) General Clean | Regular | | 4.15 | 41.50 |
| 1172-2016-56193 | 8-25-2016 | 4059 | (9952) General Clean | Regular | | 3.30 | 33.00 |
| 1172-2016-56410 | 8-25-2016 | 1711 | (9952) General Clean | Regular | | 3.67 | 36.70 |
| 1172-2016-56478 | 8-26-2016 | 4329 | (9952) General Clean | Regular | | 3.40 | 34.00 |
| 1172-2016-56668 | 8-26-2016 | 1393 | (9952) General Clean | Regular | | 3.98 | 39.80 |
| 1172-2016-56724 | 8-27-2016 | 4331 | (9952) General Clean | Regular | | 3.70 | 37.00 |
| 1172-2016-57165 | 8-29-2016 | 4342 | (9952) General Clean | Regular | | 2.68 | 26.80 |
| 1172-2016-57199 | 8-29-2016 | 4343 | (9952) General Clean | Regular | | 4.52 | 45.20 |
| 1172-2016-57714 | 8-30-2016 | 4380 | (9952) General Clean | Regular | | 1.90 | 19.00 |
| 1172-2016-58272 | 8-31-2016 | 4118 | (9952) General Clean | Regular | | 1.78 | 17.80 |
| 1172-2016-58295 | 8-31-2016 | 1879 | (9952) General Clean | Regular | | 1.42 | 14.20 |
| 1172-2016-58516 | 9-1-2016 | 4347 | (9952) General Clean | Regular | | 2.42 | 24.20 |
| 1172-2016-58548 | 9-1-2016 | 1891 | (9952) General Clean | Regular | | 2.25 | 22.50 |
| 1172-2016-58811 | 9-2-2016 | 1897 | (9952) General Clean | Regular | | 0.13 | 1.30 |
| 1172-2016-58813 | 9-2-2016 | 4337 | (9952) General Clean | Regular | | 3.28 | 32.80 |
| 1172-2016-58861 | 9-2-2016 | 1770 | (9952) General Clean | Regular | | 1.62 | 16.20 |
| 1172-2016-59346 | 9-6-2016 | 4151 | (9952) General Clean | Regular | | 2.80 | 28.00 |
| 1172-2016-59572 | 9-7-2016 | 4054 | (9952) General Clean | Regular | | 4.22 | 42.20 |
| 1172-2016-59611 | 9-7-2016 | 1749 | (9952) General Clean | Regular | | 1.65 | 16.50 |
| 1172-2016-59794 | 9-8-2016 | 1874 | (9952) General Clean | Regular | | 2.77 | 27.70 |
| 1172-2016-59820 | 9-8-2016 | 4064 | (9952) General Clean | Regular | | 2.52 | 25.20 |
| 1172-2016-60395 | 9-12-2016 | 4391 | (9952) General Clean | Regular | | 2.65 | 26.50 |
| 1172-2016-60445 | 9-12-2016 | 1709 | (9952) General Clean | Regular | | 3.18 | 31.80 |
| 1172-2016-60659 | 9-13-2016 | 4357 | (9952) General Clean | Regular | | 2.60 | 26.00 |
| 1172-2016-60726 | 9-13-2016 | 1772 | (9952) General Clean | Regular | | 1.90 | 19.00 |
| 1172-2016-60879 | 9-14-2016 | 4144 | (9952) General Clean | Regular | | 2.20 | 22.00 |
| 1172-2016-60933 | 9-14-2016 | 1788 | (9952) General Clean | Regular | | 1.05 | 10.50 |
| 1172-2016-61521 | 9-16-2016 | 4069 | (9952) General Clean | Regular | | 4.28 | 42.80 |
| 1172-2016-61567 | 9-16-2016 | 1706 | (9952) General Clean | Regular | | 3.23 | 32.30 |
| 1172-2016-61864 | 9-19-2016 | 4346 | (9952) General Clean | Regular | | 3.37 | 33.70 |
| 1172-2016-61938 | 9-19-2016 | 1894 | (9952) General Clean | Regular | | 0.15 | 1.50 |
| | 9-19-2016 | 1894 | (9952) General Clean | Regular | | 3.93 | 39.30 |
| 1172-2016-61944 | 9-19-2016 | 4346 | (9952) General Clean | Regular | | 0.92 | 9.20 |
| 1172-2016-62204 | 9-20-2016 | 4147 | (9952) General Clean | Regular | | 4.70 | 47.00 |
| 1172-2016-62474 | 9-21-2016 | 4375 | (9952) General Clean | Regular | | 5.70 | 57.00 |

Emp. Hours > **314.11** Emp. Cost > **3,141.10**

Loc. Hours > **314.11** Loc. Cost > **3,141.10**


©2008 AssetWorks Inc. All Rights Reserved.

*Chicago Transit Authority*
**Employee Activities**

| Name | Badge | Seniority | Date | Division | Work Name | Place Num | Sign On | From Time | To Time | Sign Off | Work Time | Platform Time | Report Time | Start Wait | Start Travel | End Wait | End Travel | Clear Time | Drive Time |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Hilton, John W. | 57901 | 0 | 08-20-2016 | North Park - Bus Maint Serv. | Dayoff | | | | | | | | 0 | 0 | 0 | 0 | 0 | 0 | |
| | | | 08-21-2016 | North Park - Bus Maint Serv. | Dayoff | | | | | | | | 0 | 0 | 0 | 0 | 0 | 0 | |
| | | | 08-22-2016 | North Park - Bus Maint Serv. | BMSAPP 453 | 1 | 20:00 | 20:00 | 28:30 | 28:30 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 8h30 |
| | | | 08-22-2016 | | 12019 | | | 20:00 | 24:00 | | 4h00 | | 0 | 0 | 0 | 0 | 0 | 0 | |
| | | | 08-22-2016 | | 99999 | | | 24:00 | 24:30 | | 30 | | 0 | 0 | 0 | 0 | 0 | 0 | |
| | | | 08-22-2016 | | 12019 | | | 24:30 | 28:30 | | 4h00 | | 0 | 0 | 0 | 0 | 0 | 0 | |
| | | | 08-23-2016 | North Park - Bus Maint Serv. | BMSAPP 453 | 1 | 20:00 | 20:00 | 28:30 | 28:30 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 8h30 |
| | | | 08-23-2016 | | 12019 | | | 20:00 | 24:00 | | 4h00 | | 0 | 0 | 0 | 0 | 0 | 0 | |
| | | | 08-23-2016 | | 99999 | | | 24:00 | 24:30 | | 30 | | 0 | 0 | 0 | 0 | 0 | 0 | |
| | | | 08-23-2016 | | 12019 | | | 24:30 | 28:30 | | 4h00 | | 0 | 0 | 0 | 0 | 0 | 0 | |
| | | | 08-24-2016 | North Park - Bus Maint Serv. | BMSAPP 453 | 1 | 20:00 | 20:00 | 28:30 | 28:30 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 8h30 |
| | | | 08-24-2016 | | 12019 | | | 20:00 | 24:00 | | 4h00 | | 0 | 0 | 0 | 0 | 0 | 0 | |
| | | | 08-24-2016 | | 99999 | | | 24:00 | 24:30 | | 30 | | 0 | 0 | 0 | 0 | 0 | 0 | |
| | | | 08-24-2016 | | 12019 | | | 24:30 | 28:30 | | 4h00 | | 0 | 0 | 0 | 0 | 0 | 0 | |
| | | | 08-25-2016 | North Park - Bus Maint Serv. | BMSAPP 453 | 1 | 20:00 | 20:00 | 28:30 | 28:30 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 8h30 |
| | | | 08-25-2016 | | 12019 | | | 20:00 | 24:00 | | 4h00 | | 0 | 0 | 0 | 0 | 0 | 0 | |
| | | | 08-25-2016 | | 99999 | | | 24:00 | 24:30 | | 30 | | 0 | 0 | 0 | 0 | 0 | 0 | |
| | | | 08-25-2016 | | 12019 | | | 24:30 | 28:30 | | 4h00 | | 0 | 0 | 0 | 0 | 0 | 0 | |
| | | | 08-26-2016 | North Park - Bus Maint Serv. | BMSAPP 453 | 1 | 20:00 | 20:00 | 28:30 | 28:30 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 8h30 |
| | | | 08-26-2016 | | 12019 | | | 20:00 | 24:00 | | 4h00 | | 0 | 0 | 0 | 0 | 0 | 0 | |
| | | | 08-26-2016 | | 99999 | | | 24:00 | 24:30 | | 30 | | 0 | 0 | 0 | 0 | 0 | 0 | |
| | | | 08-26-2016 | | 12019 | | | 24:30 | 28:30 | | 4h00 | | 0 | 0 | 0 | 0 | 0 | 0 | |

Printed by: RStanis[illegible] on 9/30/2016 @ 12:18:13PM